STATE of Missouri, Respondent,

v.

Octavia R. RHODES, Appellant.

No. ED 100467.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 26, 2014.

Erika R. Eliason, Columbia, MO, for appellant.

Chris Koster, Attorney General, Andrew C. Hooper, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before PATRICIA L. COHEN, P.J., ROY L. RICHTER, J., and ROBERT M. CLAYTON III, J.

## ORDER

PER CURIAM.

Octavia R. Rhodes appeals the judgment of conviction entered by the Circuit Court of Warren County after a jury found her guilty of stealing a controlled substance. We find the trial court did not err in denying Rhodes' motion for judgment of acquittal and imposing judgment and sentence.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).